JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-5408RJB |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING TIME TO FILE |
| vs. | ) | OPENING BRIEF |
| EAGGON LEE, | ) | |
| Defendant. | ) | |

Based on the unopposed motion of the parties to extend the time to file the opening brief in this matter, the Court finds that such an extension would serve the ends of justice, therefore,

Taking into account the exercise of due diligence, an extension of the deadline to file the Opening Brief in this matter is necessary to allow the defendant the reasonable time to research all relevant issues and defenses applicable to the case and for effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the deadline for the filing of the Opening Brief in this matter be extended from July 13, 2010 to August 24, 2010.

//

//

ORDER EXTENDING TIME
TO FILE OPENING BRIEF     – 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  Plaintiff-Appellee's answering brief shall be due on September 7, 2010.

2  Any reply by defendant-appellant shall be due on September 14, 2010.

3  DONE this 9th day of July, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

*/s/ Jerome Kuh*
Jerome Kuh
Attorney for Defendant

ORDER EXTENDING TIME
TO FILE OPENING BRIEF    – 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710