JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR10-5408RJB |
| Plaintiff, | |
| vs. | ORDER GRANTING JOINT MOTION TO REMAND TO TRIAL COURT FOR FINDINGS OF FACT |
| EAGGON S. LEE, | |
| Defendant. | |

The Court, having considered the parties' Joint Motion To Remand To Trial Court for Findings of Fact finds that:

The Court requires additional findings of fact to properly decide the issues raised on appeal.

In light of the foregoing, IT IS HEREBY ORDERED that the case is remanded to the trial court for findings of fact.

DONE this 24th day of August, 2010.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER GRANTING JOINT MOTION TO
REMAND TO TRIAL COURT FOR FINDINGS OF FACT    – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

Presented by:

/s/   Jerome Kuh
 Jerome Kuh
Attorney for Defendant


/s/   Barbara Sievers
Barbara Sievers
Assistant United States Attorney

ORDER GRANTING JOINT MOTION TO
REMAND TO TRIAL COURT FOR FINDINGS OF FACT     – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**