JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EAGGON LEE,<br><br>　　　　Defendant. | NO.  CR10-5408RJB<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based on the agreed motion of the parties to extend briefing schedule in this matter, the Court finds that such an extension would serve the ends of justice, therefore,

Taking into account the exercise of due diligence, a 30-day extension of the briefing schedule in this matter is necessary to allow the Court of Appeals to rule on *State v. Jasper*. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the briefing schedule be continued to:

Defendant-Appellant's Opening Brief shall be due on November 22, 2010.

Plaintiff-Appellee's answering brief shall be due on December 6, 2010.

Any reply by defendant-appellant shall be due on December 13, 2010.

DONE this 26th day of October, 2010.

*/s/ Robert J Bryan*

Robert J Bryan
United States District Judge

ORDER EXTENDING BRIEFING SCHEDULE　– 1

1  Presented by:

2

3

4

5

6

7  */s/ Jerome Kuh*                              */s/ Barbara Sievers*
   Jerome Kuh                                    Barbara Sievers
8  Attorney for Defendant                        Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER EXTENDING BRIEFING SCHEDULE        – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**