JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR10-5408RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING JOINT MOTION TO REMAND TO TRIAL COURT FOR NEW TRIAL |
| EAGGON S. LEE, | ) | |
| Defendant. | ) | |

The Court, having considered the parties' Joint Motion To Remand To Trial Court for New Trial because of a clarification or change in law regarding a defendant's confrontation rights and the admissibility of Department of Licensing documents in *State v. Jasper;*

IT IS HEREBY ORDERED that the Motion to Remand for New Trial is GRANTED.

DONE this 3rd day of December, 2010.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

Presented by:

/s/   Jerome Kuh
Jerome Kuh
Attorney for Defendant

*/s/ Major Paul Robson*
Major Paul Robson
Special Assistant United States Attorney

ORDER GRANTING JOINT MOTION TO
REMAND TO TRIAL COURT FOR NEW TRIAL     – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710